```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 05 B 03345
   LINDA M ANDERSON
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-9806


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/02/05 and confirmed on 03/18/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  10800.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ADVOCATE LUTHERAN GENERA | UNSECURED | 320.42 | .00 | 34.91 |
| ALLIANCE ASSET MGMT | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 967.78 | .00 | 105.44 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | 233.98 | .00 | 25.49 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2052.22 | .00 | 223.58 |
| MARSHALL FIELD | UNSECURED | 1974.52 | .00 | 215.12 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| B FIRST LLC | UNSECURED | 3253.40 | .00 | 354.45 |
| UNITED STUDENT AID FUNDS | UNSECURED | 20279.41 | .00 | 2209.39 |
| T MOBILE VOICE STREAM | UNSECURED | NOT FILED | .00 | .00 |
| VON MAUR | UNSECURED | 242.89 | .00 | 26.46 |
| NATIONAL LOUIS UNIVERSIT | UNSECURED | 5583.48 | .00 | 608.31 |
| NATIONAL LOUIS UNIVERSIT | NOTICE ONLY | NOT FILED | .00 | .00 |
| UNITED STUDENT AID FUNDS | UNSECURED | 16414.58 | .00 | 1788.33 |
| UNITED STUDENT AID FUNDS | UNSECURED | 13412.00 | .00 | 1461.20 |
| UNITED STUDENT AID FUNDS | UNSECURED | 600.26 | .00 | 65.40 |
| UNITED STUDENT AID FUNDS | UNSECURED | 972.00 | .00 | 105.90 |
| UNITED STUDENT AID FUNDS | UNSECURED | 5115.56 | .00 | 557.33 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| UNITED STUDENT AID FUNDS | UNSECURED | 5667.00 | .00 | 617.41 |
| UNITED STUDENT AID FUNDS | UNSECURED | 896.15 | .00 | 97.63 |
| BENEFICIAL FINANCE CORPO | UNSECURED | 1102.54 | .00 | 120.12 |

```
        Summary of disbursements:
----------------------------------------------------------------------
                 SECURED     PRIORITY    UNSECURED      OTHER       TOTAL
----------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED              .00         .00     79088.19         .00     79088.19
PRINCIPAL PAID                  .00         .00      8616.47         .00      8616.47
INTEREST PAID                   .00         .00          .00         .00          .00
TOTAL PAID                      .00         .00      8616.47         .00      8616.47
```
The Debtor's attorney, RICHARD S BASS                    , was allowed $   2000.00
and was paid $    250.00  direct and $   1750.00  through the plan.

The Trustee received $    433.53 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 05/21/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 05 B 03345 LINDA M ANDERSON